**U.S. Department of Housing and Urban Development**

Albany Office
52 Corporate Circle
Albany, New York 12203-5121

April 3, 2009

U.S. Bankruptcy Court
Northern District of Illinois
219 S. Dearborn 7th Floor
Chicago, IL 60604

SUBJECT:   STATEMENT response to NOTICE OF PAYMENT OF FINAL
           MORTGAGE CURE AMOUNT
           HUD claim number: 780669450
           Chapter 13 Bankruptcy Case# 06 B 11577- psh
           Debtor(s): McClenton, Vanessa D.

Dear Sir/Madam:

This STATEMENT is in response to the Notice of Payment of Final Mortgage Cure Amount dated March 23, 2009 (copy enclosed). Debtor has failed to make timely postpetition $151.00 monthly payments according to the Plan.

Since the September 15, 2006 bankruptcy filing debtor has remitted only five postpetition payments of $151.00, one of which bounced. Debtor is delinquent 27 months @ $151.00, which amounts to $4,077.00 as of the March 23, 2009 notice date. The debt balance as of March 30, 2009 is $8,081.37.

This obligation is the August 21, 2003 property improvement loan originally financed by South Central Bank secured by a junior Mortgage on property located at 1419 William Street Flossmoor, IL 60422, which was assigned to the Department of HUD after default in 2005.

If you have any questions regarding this matter, please contact me at 1-800-669-5152 extension 2869 and/or write to the above address. I can also be reached by e-mail at debt_servicing_help@hud.gov

Sincerely,

Scott DuBois
Team Leader
Financial Operations Center

Enclosure:

Cc: Trustee Marshall
    Ms. McClenton
    Attorney Leeders

Creditor Copy

United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE: McClenton, Vanessa D )
)

Case No. 06 B 11577
Judge Pamela S. Hollis
Date 03/23/09

# NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

Vanessa D. McClenton
1419 William St
Flossmoor, IL 60422

United States Dept of HUD
P O Box 105664
Atlanta, GA 30348

Mail

Mail

*Disbursement address, not proper address for notice.* SD

7860469450

---

*NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1) The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of United States Dept of HUD (the holder) has been paid in full.

2) The holder is required to treat the mortgage as reinstated and fully current unless the debtor has failed to make timely payments of postpetition obligations.

3) If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to itemize all outstanding payment obligations as of the date of the notice, and file a statement of these obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the debtor, within 60 days of service of the notice from the trustee (or longer time as the

4) If the holder fails to file and serve a statement of outstanding obligations within the required time, the holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the date of the trustee's notice.

5) If the holder does serve a statement of outstanding obligations within the required time, the debtor may
(i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a contested matter, or
(ii) propose a modified plan to provide for payment of additional amounts that the debtor

6) To the extent that amounts set forth on a timely filed statement of outstanding obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of the holder to collect these amounts will be unaffected.

7) No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300

Creditor Address:

United States Dept of HUD
P O Box 105664
Atlanta, GA 30348

Mail

```
RUN DATE: 04/03/09                                                                                          PAGE:    1

REGION OFFICE: 02  DEPARTMENT OF HUD
FIELD OFFICE: 04  DEPARTMENT OF HUD                                                                  REPORT DATE: 04/02/09
        DIR:  1  SCOTT DUBOIS
        USER: 9  SCOTT DUBOIS

        CASE NO: 7-8066945C-0      VANESSA               MCCLENTON
        LOAN DATE: 09/04/02
        IMPROVE CODE: PI
        INTEREST RATE: 1.000%
                                                  TITLE I DEFAULTED LOANS
                                                  CASE RECONSTRUCTION REPORT
                                                  AS OF APRIL 2, 2009

                                        *- MEMO -*
                                        SCHEDULED    INTEREST   NON-INTEREST                      OTHER    CUMULATIVE    POST-
TC  DATE    REF NO    DESCRIPTION        PAYMENT     PRINCIPAL  PRINCIPAL     INTEREST    P&AC   CHARGES    BALANCE     DATE

11  091405  041805    F70 NEW CASE N2   P            10339.45                 172.04                       10,511.49   091505
30  091505  083005    INT BILLED         N2          P                         38.47                       10,549.96   091505
30  093005  093005    INTEREST BILLN2    P                                      8.61                       10,558.57   093005
30  103005  102805    INTEREST BILLN2    P                                      8.61                       10,567.18   102805
30  113005  113005    INTEREST BILLN2    P                                      8.61                       10,575.79   113005
30  123005  123005    INTEREST BILLN2    P                                      8.61                       10,584.40   123005
22  010306  010306    SCHEDULED PAYMENT  P           151.00-                                               10,584.40   011006
30  013006  013006    INTEREST BILLN2    P                                      8.61                       10,593.01   013006
45  020706  LOCKBX    MCCLENTON  VN20L57435P1001                                                           10,442.01   020706
22  021506  020506    SCHEDULED PAYMENT  P           151.00-                   151.00-                     10,442.01   020706
22  022806  022806    INTEREST BILLN2    P                                      8.61                       10,442.01   022806
30  031506  040506    SCHEDULED PAYMENT  P           151.00                                                10,450.62   022806
22  033006  033006    INTEREST BILLN2    P                                      8.61                       10,459.23   031506
22  041506  050506    SCHEDULED PAYMENT  P           151.00                                                10,459.23   041406
30  043006  042806    INTEREST BILLN2    P                                      8.61                       10,467.84   042806
22  051506  060506    SCHEDULED PAYMENT  P           151.00                                                10,467.84   051506
30  053006  053006    INTEREST BILLN2    P                                      8.61                       10,476.45   053006
22  061506  070506    SCHEDULED PAYMENT  P           151.00                                                10,476.45   061506
30  063006  063006    INTEREST BILLN2    P                                      8.61                       10,485.06   063006
16  063006  063006    ADMIN COST         N2          P                                     35.33           10,520.39   070306
30  063006  063006    PENALTY            N2          P          BK filed 9/5/06           629.10           11,149.49   070306
30  073006  072806    INTEREST BILLN2    P                                      8.61                       11,158.10   072806
30  083006  083005    INTEREST BILLN2    P                                      8.61                       11,166.71   083006
30  093006  092906    INTEREST BILLN2    P                                      8.61                       11,175.32   092906
30  103006  103006    INTEREST BILLN2    P                                      8.61                       11,183.93   103006
30  113006  113006    INTEREST BILLN2    P                                      8.61                       11,192.54   113006
46  121306  LOCKBX    MCCLENTON  VM20L576502U028                  151.00-                                  11,041.54   121306
30  123006  122906    INTEREST BILLN2    P                                      8.61                       11,050.15   123006
45  011707  LOCKBX    MCCLENTON  VN20L57672P3C69                  151.00-                       151.00-    10,899.15   012506
48  012407  LOCKBX    MCCLENTON  VN20L57677FV011                  279.59-                       279.59-    10,619.56   011907
30  013007  013007    INTEREST BILLN2    P                                      8.61                       10,628.17   012507
30  023007  022807    INTEREST BILLN2    P                                      8.61                       10,636.78   013007
48  022107  LOCKBX                       N20L576952V010                                                    10,565.22   022807
45  030207  LOCKBX    MCCLENTON  VN20L57703PU001                  70.56-                         70.56-    10,415.22   030107
45  032107  LOCKBX    MCCLENTON  VN20L57716PU010                  138.72-      75.23-            12.28-    10,264.22   052107
```

```
RUN DATE: 04/02/09                    TITLE : DEFAULTED LOANS                                  PAGE:   2
                                      CASE RECONSTRUCTION REPORT
REGION OFFICE: 02  DEPARTMENT OF HUD   AS OF APRIL 2, 2009                       REPORT DATE: 04/02/09
FIELD OFFICE: 04  DEPARTMENT OF HUD
      CTR:  1  SCOTT DUBOIS
      USER: 9  SCOTT DUBOIS

      CASE NO: 7-B066S450-0     VANESSA      MCCLENTON
      LOAN DATE: 09/04/03
INTEREST CODE: PI
INTEREST RATE: 1.000%
                                              *- MEMO -*
                                              SCHEDULED   INTEREST   NON-INTEREST                    OTHER    CUMULATIVE    POST
TC  DATE    REF NO   LOCKBX   DESCRIPTION     PAYMENT     PRINCIPAL  PRINCIPAL     INTEREST   D&AC   CHARGES  BALANCE       DATE

48  032107  LOCKBX   79999999900  N2CL57716PW003                                                              10,193.66     032207
22  032507  041507   SCHEDULED PAYMENT         151.00     70.55-                                              10,193.66     032307
30  033007  033307   INTEREST BILLN2                                                          8.49            10,202.15     033007
46  042307  LOCKBX   MCCLENTON   VN2CL57739PV0045                                                             10,049.15     042307
22  042507  051507   SCHEDULED PAYMENT P       151.00-                                        8.49-           10,049.15     042507
46  042607  LOCKBX   MCCLENTON   VN2CL57742PV0-3                                                              9,933.85      042607
22  042607  LOCKBX   MCCLENTON   VN2CL57742PV0-3           115.30-                                            9,942.12      043007
30  043007  043007   INTEREST BILLN2 P                                              8.27                      9,791.12      051607
46  051607  LOCKBX   MCCLENTON   VN20L57756P1020           142.73-   151.65                   8.27-           9,721.14      052307
46  052307  LOCKBX   MCCLENTON   VN2CL57761PV003            69.98-                                            9,721.14      052307
22  052507  061507   SCHEDULED PAYMENT P       151.00                                                         9,729.24      053007
30  053007  053007   INTEREST BILLN2 P                                              8.10                      9,729.32      060407
50  053007  051607   INT. ADJ.   N23E57755P102C                                      .58                      9,880.32      062007
40  060407  051507   OL57756   102ON2JB57756210              35.70   142.73         8.27                      9,810.34      062507
46  052307  LOCKBX   MCCLENTON   VN2CL57779PV001            69.98-    53.53-       16.45-                     9,510.34      062507
22  062507  071507   SCHEDULED PAYMENT P       151.00                                                         9,818.56      062907
30  062907  063007   INTEREST BILLN2 P                                              8.22                      9,518.56      072507
22  072507  081507   SCHEDULED PAYMENT P       151.00      65.55-                                             9,721.78      072507
46  072507  LOCKBX   MCCLENTON   VN2C-57803PV007            96.78-                                            9,729.88      073007
30  073007  073007   INTEREST BILLN2 P                                              8.10                      9,646.50      082107
46  082107  LOCKBX   MCCLENTON   VN20L57819PV003            83.38-                                            9,646.50      082407
22  082507  091507   SCHEDULED PAYMENT P       151.00                                                         9,646.54      083007
30  083007  083007   INTEREST BILLN2 P                                              8.04                      9,654.54      092507
22  092507  101507   SCHEDULED PAYMENT P       151.00     120.66-                                             9,525.84      092507
46  092507  LOCKBX   MCCLENTON   VN20L57845PV013           128.70-                                            9,533.78      092807
30  093007  092507   INTEREST BILLN2 P                                              7.94                      9,450.40      102507
46  102307  LOCKBX   MCCLENTON   VN20L57716PV0-0            75.44-                                            9,450.40      102307
22  102507  111507   SCHEDULED PAYMENT P       151.00                                                         9,458.27      103007
30  103007  103007   INTEREST BILLN2 P                                              7.87                      9,420.21      112107
22  112107  121307   SCHEDULED PAYMENT P        38.05-    30.19-                                              9,420.21      112307
46  112507  121507   SCHEDULED PAYMENT P       151.00                                                         9,428.05      113007
30  113007  113007   INTEREST BILLN2 P                                              7.85                      9,425.06      122107
22  122507  011508   SCHEDULED PAYMENT P       151.00                                                         9,299.35      122707
46  122707  LOCKBX   MCCLENTON   VN20L57135PV013           128.70-    123.85-                                 9,307.11      113007
46  122707  LOCKBX   MCCLENTON   VN20L57406P3104                                              7.85-           9,299.35      122707
30  123007  122807   INTEREST BILLN2 P                                              7.75                      9,223.72      012408
46  012308  LOCKBX   MCCLENTON   VN20L57423P3106            83.38-    75.63-                  7.75-
```

```
RUN DATE: 04/02/09                                      TITLE I DEFAULTED LOANS                                            PAGE:    3
                                                        CASE RECONSTRUCTION REPORT
                                                           AS OF APRIL 2, 2009                                       REPORT DATE: 04/02/09

REGION OFFICE: 02  DEPARTMENT OF HUD
FIELD OFFICE: 04   DEPARTMENT OF HUD
          DIR:  1  SCOTT DUBOIS
          USER: 9  SCOTT DUBOIS

         CASE NO: 7-80569450-0    VANESSA    MCCLENTON
       LOAN DATE: 09/04/03
   IMPROVE CODE: FI
   INTEREST RATE: 1.000%
                                                        *- MEMO -*
                                                        SCHEDULED   INTEREST    NON-INTEREST                         CUMULATIVE    POST
TC  DATE    REF NO   DESCRIPTION                        PAYMENT     PRINCIPAL   PRINCIPAL     INTEREST   MISC  OTHER  BALANCE       DATE
                                                                                                              CHARGES
22  012508  021508  SCHEDULED PAYMENT      P            151.00                                 7.68                  9,223.73     012508
30  013008  013008  INTEREST BILLN2        P                                                   7.68-                 9,231.41     013008
46  021908  LOCKBX  MCCLENTON  VN20L57440P3237          83.38-      75.70-                                           9,148.03     021908
22  022508  031508  SCHEDULED PAYMENT      P            151.00                                 7.52                  9,155.55     022508
30  022508  022508  INTEREST BILLN2        P                                                   7.52-                 9,155.65     032508
22  032508  041508  SCHEDULED PAYMENT      P            151.00                                                       9,026.95     032508
46  032508  LOCKBX  MCCLENTON  VN20L57465P3085          128.70-     121.08-                                          9,034.47     032508
30  033008  032808  INTEREST BILLN2        P                                                   7.52-                 9,034.47     042508
22  042508  051508  SCHEDULED PAYMENT      P            151.00                                                       8,952.24     042508
46  042808  LOCKBX  MCCLENTON  VN20L57457P3095          82.33-      74.81-                                           8,959.60     043008
30  043008  043008  INTEREST BILLN2        P                                                   7.46-                 8,877.27     052108
46  052108  LOCKBX  MCCLENTON  VN20L57503P3018          82.33-      74.87-                                           8,877.27     052108
22  052508  061508  SCHEDULED PAYMENT      P            151.00                                                       8,884.65     053008
30  053008  053008  INTEREST BILLN2        P                                                   7.39                  8,802.33     053008
46  052408  LOCKBX  MCCLENTON  VN20L57523P3080          82.33-      74.94-                                           8,802.33     062508
30  062508  071508  SCHEDULED PAYMENT      P                                                   7.39-                 8,809.66     063008
22  062508  071508  SCHEDULED PAYMENT      P            151.00                                                       8,727.33     072208
30  063008  063008  INTEREST BILLN2        P                                                   7.33-                 8,727.33     072508
46  072208  LOCKBX  MCCLENTON  VN20L57544P3112          82.33-      75.00-                                           8,734.60     073008
22  072508  081508  SCHEDULED PAYMENT      P            151.00                                 7.27                  8,652.27     081508
30  073008  073008  INTEREST BILLN2        P                                                   7.27-                 8,652.27     082508
46  081908  LOCKBX  MCCLENTON  VN20L57564P3070          82.33-      75.05-                                           8,659.48     082908
22  082508  091508  SCHEDULED PAYMENT      P            151.00                                 7.21                  8,532.36     092508
30  083008  082908  INTEREST BILLN2        P                                                   7.21-                 8,532.36     092508
46  092308  LOCKBX  MCCLENTON  VN20L57589P3040          127.12-     119.91-                                          8,539.47     093008
22  092508  103508  SCHEDULED PAYMENT      P            151.00                                 7.11                  8,457.24     102208
30  093008  093008  INTEREST BILLN2        P                                                   7.11-                 8,457.24     102408
46  102208  LOCKBX  MCCLENTON  VN20L57715P3057          82.23-      75.12-                                           8,464.28     103005
22  102508  111508  SCHEDULED PAYMENT      P            151.00                                 7.04                  8,382.05     112508
30  103008  103008  INTEREST BILLN2        P                                                   7.04-                 8,389.09     112808
46  112508  121508  SCHEDULED PAYMENT      P            151.00                                                       8,389.09     112808
46  112508  LOCKBX  MCCLENTON  VN20L57713P3027          82.23-      75.19-                                           8,389.09     122408
30  113008  112808  INTEREST BILLN2        P                                                   6.98-                 8,306.80     122508
22  122508  011509  SCHEDULED PAYMENT      P            151.00                                                       8,306.80     122508
46  122608  LOCKBX  MCCLENTON  VN20L57757P3041          82.23-      75.25-                                           8,313.72     123008
30  123008  123008  INTEREST BILLN2        P                                                   6.92                                123008
```

```
RUN DATE: 04/02/09                                                                                          PAGE:    4

                                              TITLE I DEFAULTED LOANS
                                           CASE RECONSTRUCTION REPORT                              REPORT DATE: 04/02/09
REGION OFFICE: 02 DEPARTMENT OF HUD             AS OF APRIL 2, 2009
FIELD OFFICE: 04 DEPARTMENT OF HUD
        DIR:  1 SCOTT DUBOIS
        USER: 9 SCOTT DUBOIS

    CASE NO: 7-80669450-0    VANESSA        MCCLENTON
   LOAN DATE: 09/04/03
   IMPROVE CODE: PI
   INTEREST RATE: 1.000%
                                               *- MEMO -*
                                              SCHEDULED   INTEREST  NON-INTEREST                      OTHER    CUMULATIVE    POST
TC  DATE   REF NO  DESCRIPTION                  PAYMENT   PRINCIPAL  PRINCIPAL   INTEREST    P&AC    CHARGES    BALANCE      DATE

46  012209  LOCKBX  MCCLENTON    VN20L5717493074  32.23-              75.31-       6.92-                        8,231.45    012209
22  012509  021509  SCHEDULED PAYMENT             151.00                                                        8,231.45    012309
30  013009  013009  INTEREST BILLN2        P                                                                    8,228.35    013009
46  022409  022409  MCCLENTON    VS20L57194P3202  82.23-              75.37-       6.86-                        8,156.12    022409
22  022509  031509  SCHEDULED PAYMENT     P       151.00                                                        8,156.12    022509
30  022809  022709  INTEREST BILLN2        P                                       6.79                         8,162.91    022709
46  032409  032409  LOCKBX MCCLENTON VN20L57213P3048  88.27-          81.48-       6.75-                        8,074.64    032409
22  032509  041509  SCHEDULED PAYMENT     P       151.00                                                        8,081.37    032509
30  033009  033009  INTEREST BILLN2        P                                       6.73                         8,081.37    033009

              CASE TOTAL                         1546.07             8074.64       6.73                         8,081.37
```